JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA MARTINEZ, | Case No. 5:21-cv-01498-PD |
| Plaintiff, | **JUDGMENT** |
| v. | |
| KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Pursuant to the Court's Order, IT IS HEREBY ADJUDGED that the decision of the Administrative Law Judge is affirmed and this action is dismissed with prejudice.

DATED: March 23, 2023

_Patricia Donahue_

HON. PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE